**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC., *et al.*,<br><br>      Debtors.<br><br>---<br><br>GEORGE L. MILLER in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC, *et. al.*<br><br>      Plaintiff,<br>   v.<br><br>PRESTIGE PATIO CO,. LTD.<br><br>      Defendant | Bankruptcy Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br><br><br>Adv Proc No 25-50875 (TMH) |

**STIPULATION**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between George L. Miller in his capacity as Chapter 7 Trustee of Christmas Tree Shops, LLC, *et. al.*, as Plaintiff in this action; and Prestige Patio CO,. LTD., as Defendant that the deadline to respond to Plaintiff's Complaint [D.I 1] is extended to July 18, 2025.

      **IT IS FURTHER STIPULATED AND AGREED** that Defendant will not object to the form of service of process effected upon it, and that all of Defendant's other rights and defenses are unaffected by this Joint Stipulation.

      **IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be signed in counterparts and that a facsimile and/or electronic transmittal of signatures shall be deemed originals for all  purposes of this Stipulation.

[Signatures appear on following page]

Dated: July 1, 2025

| **PACHULSKI STANG ZIEHL & JONES LLP** | **GOLDSTEIN & MCCLINTOCK LLLP** |
|---|---|
| */s/ Peter J. Keane* | */s/ Maria Aprile Sawczuk* |
| Bradford J. Sandler (No. 4142) | Maria Aprile Sawczuk (No. 3320) |
| Peter J. Keane (No. 5503) | 501 Silverside Road, Suite 65 |
| Edward A. Corma (No. 6718) | Wilmington, DE 19809 |
| 919 N. Market Street, 17th Floor | Tel: (302) 893-5118 |
| P.O. Box 8705 | marias@goldmclaw.com |
| Wilmington, DE 19899-8705 | |
| (Courier 19801) | *Attorneys for Prestige Patio Inc.* |
| Tel: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | |
| bsandler@pszjlaw.com | |
| pkeane@ pszjlaw.com | |
| ecorma@ pszjlaw.com | |

*Attorneys for George L. Miller, as Chapter 7 Trustee of Christmas Tree Shops, LLC, et. al.*