# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| CHRISTMAS TREE SHOPS, LLC, ) | |
| ) | Case No. 23-10576 (TMH) |
| Debtor. ) | |
| ) | |
| ) | |
| GEORGE L. MILLER, *in his capacity as* ) | |
| *Chapter 7 Trustee of* CHRISTMAS TREE ) | |
| SHOPS, LLC, ET. AL., ) | Adv. Proc. No. 25-50875-TMH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PRESTIGE PATIO CO. LTD., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**STIPULATION FURTHER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

**WHEREAS**, on May 5, 2025, George L. Miller, in his capacity as Chapter 7 Trustee of Christmas Tree Shops, LLC, *et. al.* (the "*Trustee*" or the "*Plaintiff*") filed his Complaint (the "*Complaint*") against Defendant Prestige Patio Co., Ltd., (together with the Trustee, the "*Parties*") thereby commencing the above-captioned adversary proceeding (the "*Adversary*") [Adv. Docket No. 1].

**WHEREAS**, on May 15, 2025, the Trustee filed the Summons and Notice of Pretrial Conference [Adv. Docket No. 3] (the "*Summons*") pursuant to which the Defendant was "required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance" (the "*Answer Deadline*").

**WHEREAS**, the Parties stipulated to extend the Answer Deadline and the current Answer Deadline is August 18, 2025 [Adv. Docket No. 5], which the Court granted [Adv. Docket No. 7].

**WHEREAS**, in an effort to continue discussions in an attempt to resolve the claims asserted in the Complaint without the necessity of further litigation, the Parties seek to further extend the Answer Deadline up to and including September 17, 2025;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel for the Parties, subject to approval of the Court, that the date for which the Defendant must submit an answer, motion, or other response to the Complaint has been extended to September 17, 2025.

Dated: August 13, 2025
Wilmington, Delaware

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **GOLDSTEIN & MCCLINTOCK LLLP** |
| */s/ Peter J. Keane* | */s/ Maria Aprile Sawczuk* |
| Bradford J. Sandler (DE Bar No. 4142) | Maria Aprile Sawczuk (DE Bar No. 3320) |
| Peter J. Keane (DE Bar No. 5503) | Aaron R. Harburg (DE Bar No. 7207) |
| Edward A. Corma (DE Bar No. 6718) | 501 Silverside Road, Suite 65 |
| 919 N. Market Street, 17th Floor | Wilmington, DE 19809 |
| P.O. Box 8705 | Telephone: (302) 444-6710 |
| Wilmington, DE 19899-8705 | Email: marias@goldmclaw.com |
| Tel: (302) 652-4100 |       aaronh@goldmclaw.com |
| Email: bsandler@pszjlaw.com | |
|       pkeane@pszjlaw.com | *Counsel for Defendant, Prestige Patio Co. Ltd.* |
|       ecorma@pszjlaw.com | |
| *Counsel to the Plaintiff, George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, et. al.* | |