### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| CHRISTMAS TREE SHOPS, LLC, ) | |
| ) | Case No. 23-10576-TMH |
| Debtor. ) | |
| ) | |
| ──────────────────────── ) | |
| ) | |
| GEORGE L. MILLER, *in his capacity as* ) | |
| *Chapter 7 Trustee of* CHRISTMAS TREE ) | |
| SHOPS, LLC, ET. AL., ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 25-50875-TMH |
| ) | |
| v. ) | |
| ) | |
| PRESTIGE PATIO CO. LTD., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ──────────────────────── ) | |

### PRESTIGE PATIO CO. LTD.'S MOTION TO DISMISS TRUSTEE'S COMPLAINT

Prestige Patio Co. Ltd. ("*Prestige Patio*"), by and through its undersigned counsel, moves (the "*Motion*") under Federal Rule of Civil Procedure 12(b)(6) made applicable by Bankruptcy Rule of Procedure 7012, to dismiss the Amended Complaint filed by George L. Miller, the chapter 7 trustee (the "*Plaintiff*" or the "*Trustee*") of the bankruptcy estate of the Debtors, Christmas Tree Shops, *et. al.* (the "*Debtors*"),[1] with prejudice.

The grounds for the Motion are set forth in *Memorandum in Support of Prestige Patio Co. Ltd.'s Motion to Dismiss Trustee's Complaint* (the "*Memorandum*"), which is being filed substantially contemporaneously herewith.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

WHEREFORE, for the reasons set forth in the accompanying Memorandum, Prestige Patio respectfully requests that this Court issue an order granting the Motion and dismissing the Complaint with prejudice and granting Prestige Patio such further relief as this Court may deem just and proper. A proposed form order granting the Motion is filed herewith as **Exhibit A**.

| | |
|---|---|
| Dated: October 20, 2025<br>Wilmington, Delaware | **GOLDSTEIN & MCCLINTOCK LLLP**<br><br>  /s/ *Maria Aprile Sawczuk*  <br>Maria Aprile Sawczuk (DE Bar No. 3320)<br>Aaron R. Harburg (DE Bar No. 7207)<br>501 Silverside Road, Suite 65<br>Wilmington, DE 19809<br>Telephone: (302) 444-6710<br>Email: marias@goldmclaw.com<br>          aaronh@goldmclaw.com<br><br>--and--<br><br>William Thomas, Esq. (*pro hac vice* pending)<br>111 W. Washington Street, Suite 1221<br>Chicago, IL 60602<br>Telephone: (312) 337-7700<br>willt@goldmclaw.com<br><br>*Counsel for Defendant, Prestige Patio Co. Ltd.* |