**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>        Plaintiff,<br><br>vs.<br><br>PRESTIGE PATIO CO. LTD.,<br><br>        Defendant. | Adv. Proc. No. 25-50875 (TMH)<br><br>**Re: Docket No. 25** |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on April 29, 2026, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**First Amended Complaint [Docket No. 25]**

/s/ Peter J. Keane
Peter J. Keane (DE Bar No. 5503)

---

[1]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

**CHRISTMAS TREE SHOPS, LLC, et al.**
**George L. Miller, et al. v.**
**Prestige Patio Co., Ltd.**
**Adv. Proc. No. 25-50875**
**02 – First Class Mail**
**02 – Email**

*FIRST CLASS MAIL AND EMAIL*
Aaron Harburg
Goldstein & McClintock LLLP
501 Silverside Road
Ste 65
Wilmington, DE 19809
302-404-3701
Email: aaronh@goldmclaw.com

*FIRST CLASS MAIL AND EMAIL*
Maria Aprile Sawczuk
Goldstein & McClintock LLLP
501 Silverside Road
Suite 65
Wilmington, DE 19809
302-444-6710
Fax : 302-444-6709
Email: marias@goldmclaw.com