**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>       Plaintiff,<br><br>vs.<br><br>PRESTIGE PATIO CO. LTD.,<br><br>       Defendant. | Adv. Proc. No. 25-50875 (TMH) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER APPROVING
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER FIRST AMENDED COMPLAINT**

The undersigned hereby certifies as follows:

1.     On August 16, 2023, George L. Miller, was appointed as the chapter 7 trustee (the "<u>Trustee</u>") of the Debtors' bankruptcy estates. On May 5, 2025, the Trustee filed the *Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* [Adv. Docket No. 1] (the "<u>Original Complaint</u>")  with the U.S. Bankruptcy Court for the District of

---

[1]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows:  Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

Delaware (the "Court") against defendant Prestige Patio Co. Ltd. (the "Defendant" together with Plaintiff, the "Parties").

2.      On April 29, 2026, the Court entered the Memorandum Opinion and Order Granting Plaintiff's Motion for Leave to File First Amended Complaint [Docket No.24].

3.      On April 29, 2026, the Plaintiff filed the *First Amended Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* [Adv. Docket No. 25] (the "First Amended Complaint").

4.      On April 29, 2026, the Plaintiff served the Defendant's counsel with a copy of the First Amended Complaint.

5.       Pursuant to Fed. R. Bankr. P. 7012, the deadline for which Defendant is required to answer the First Amended Complaint is May 29, 2026.

6.      Defendant's counsel has requested an extension of time to answer the First Amended Complaint.

7.      The Parties have agreed and entered into a stipulation, subject to this Court's approval, to extend the Defendant's time to answer the First Amended Complaint through June 12, 2026.  Attached hereto as **Exhibit A** is a proposed form of order approving the stipulation. The stipulation is attached as Exhibit 1 to the proposed form of order.

8.      Accordingly, the Parties request that this Court enter the proposed form of order.

*[Remainder of Page Intentionally Left Blank]*

Dated:  May 27, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:   bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7*
*Trustee of Christmas Tree Shops, LLC, et al.*

4901-7991-6207.1 57097.001

3

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                    Plaintiff,<br><br>vs.<br><br>PRESTIGE PATIO CO. LTD.,<br><br>                    Defendant. | Adv. Proc. No. 25-50875 (TMH) |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR THE
DEFENDANT TO ANSWER FIRST AMENDED COMPLAINT**

Upon consideration of the *Stipulation for Extension of Time for the Defendant to Answer First Amended Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1.      The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

---

[1]     The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows:  Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4901-7991-6207.1 57097.001

2.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**EXHIBIT 1 TO ORDER**

4901-7991-6207.1 57097.001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[3]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>PRESTIGE PATIO CO. LTD.,<br><br>Defendant. | Adv. Proc. No. 25-50875 (TMH) |

**STIPULATION FOR EXTENSION OF TIME FOR THE DEFENDANT**
**TO ANSWER FIRST AMENDED COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Prestige Patio Co. Ltd. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Extension of Time for Defendant to Answer First Amended Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[3] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows:  Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4901-7991-6207.1 57097.001

8

1.       The Parties agree and stipulate that the time within which the Defendant may answer the *First Amended Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* [Adv. Docket No. 25]  in the above-captioned adversary proceeding is hereby extended through and including June 12, 2026.

2.       Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

Dated:  May 27, 2026                                        Dated:  May 27, 2026

PACHULSKI STANG ZIEHL & JONES LLP        ESBROOK P.C.

*/s/ Peter J. Keane*                                             */s/ Maria Aprile Sawczuk*
Bradford J. Sandler (DE Bar No. 4142)            Maria Aprile Sawczuk (DE Bar No. 3320)
Peter J. Keane (DE Bar No. 5503)                   800 N. King Street, Suite 301
Edward A. Corma (DE Bar No. 6718)              Wilmington, DE 19801
919 North Market Street, 17th Floor               Telephone: (302) 408-7353
P.O. Box 8705                                                  Email: maria.sawczuk@esbrook.com
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100                             *Counsel to Defendant Prestige Patio Co.*
Facsimile:  (302) 652-4400                             *Ltd.*
Email:  bsandler@pszjlaw.com
           pkeane@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7*
*Trustee of Christmas Tree Shops, LLC, et al.*