**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>    Plaintiff,<br><br>vs.<br><br>PRESTIGE PATIO CO. LTD.,<br><br>    Defendant. | Adv. Proc. No. 25-50875 (TMH) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER FIRST AMENDED COMPLAINT**

The undersigned hereby certifies as follows:

1. On August 16, 2023, George L. Miller, was appointed as the chapter 7 trustee (the "Trustee") of the Debtors' bankruptcy estates. On May 5, 2025, the Trustee filed the *Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* [Adv. Docket No. 1] (the "Original Complaint") with the U.S. Bankruptcy Court for the District of

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

Delaware (the "Court") against defendant Prestige Patio Co. Ltd. (the "Defendant" together with Plaintiff, the "Parties").

2.      On April 29, 2026, the Court entered the Memorandum Opinion and Order Granting Plaintiff's Motion for Leave to File First Amended Complaint [Docket No.24].

3.      On April 29, 2026, the Plaintiff filed the *First Amended Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* [Adv. Docket No. 25] (the "First Amended Complaint").

4.      On April 29, 2026, the Plaintiff served the Defendant's counsel with a copy of the First Amended Complaint.

5.       Pursuant to Fed. R. Bankr. P. 7012, the deadline for which Defendant is required to answer the First Amended Complaint was May 29, 2026. The response deadline was further extended to June 12, 2026, July 13, 2026, and thereafter to August 12, 2026.

6.      Defendant's counsel has requested an extension of time to answer the First Amended Complaint.

7.      The Parties have agreed and entered into a stipulation, subject to this Court's approval, to further extend the Defendant's time to answer the First Amended Complaint through September 11, 2026.  Attached hereto as **Exhibit A** is a proposed form of order approving the stipulation.  The stipulation is attached as Exhibit 1 to the proposed form of order.

8.      Accordingly, the Parties request that this Court enter the proposed form of order.

*[Remainder of Page Intentionally Left Blank]*

Dated:  August 11, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:   bsandler@pszjlaw.com
              pkeane@pszjlaw.com
              ecorma@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7*
*Trustee of Christmas Tree Shops, LLC, et al.*

4901-7991-6207.4 57097.001

3