# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>         Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>         Plaintiff,<br><br>vs.<br><br>PRESTIGE PATIO CO. LTD.,<br><br>         Defendant. | Adv. Proc. No. 25-50875 (TMH) |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR THE DEFENDANT TO ANSWER FIRST AMENDED COMPLAINT**

Upon consideration of the *Stipulation for Extension of Time for the Defendant to Answer First Amended Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

      1.     The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

---

[1]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows:  Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4901-7991-6207.4 57097.001

2.       This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**EXHIBIT 1 TO ORDER**

4901-7991-6207.4 57097.001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[3]<br><br>       Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>       Plaintiff,<br><br>vs.<br><br>PRESTIGE PATIO CO. LTD.,<br><br>       Defendant. | Adv. Proc. No. 25-50875 (TMH) |

**STIPULATION FOR EXTENSION OF TIME FOR THE DEFENDANT**
**TO ANSWER FIRST AMENDED COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Prestige Patio Co. Ltd. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Extension of Time for Defendant to Answer First Amended Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[3]   The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows:  Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4901-7991-6207.4 57097.001            8

1.      The Parties agree and stipulate that the time within which the Defendant may answer the *First Amended Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* [Adv. Docket No. 25]  in the above-captioned adversary proceeding is hereby further extended through and including September 11, 2026.

2.      Except as specifically set forth herein, the Parties reserve their respective rights in this matter.

Dated:  August 11, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
        pkeane@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7*
*Trustee of Christmas Tree Shops, LLC, et al.*

Dated:  August 11, 2026

ESBROOK P.C.

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE Bar No. 3320)
800 N. King Street, Suite 301
Wilmington, DE 19801
Telephone: (302) 408-7353
Email: maria.sawczuk@esbrook.com

*Counsel to Defendant Prestige Patio Co.*
*Ltd.*