**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>          Plaintiff,<br><br>vs.<br><br>PRESTIGE PATIO CO. LTD.,<br><br>          Defendant. | Adv. Proc. No. 25-50875 (TMH) |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR THE
DEFENDANT TO ANSWER FIRST AMENDED COMPLAINT**

Upon consideration of the *Stipulation for Extension of Time for the Defendant to Answer First Amended Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

---

[1]   The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows:  Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4901-7991-6207.4 57097.001

2.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

*Thomas M. Horan*

**Dated: August 12th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**