**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, | ) | Case No. 23-10576-TMH |
| Debtor. | ) | |
| GEORGE L. MILLER, *in his capacity as Chapter 7 Trustee of* CHRISTMAS TREE SHOPS, LLC, ET. AL., | ) | |
| Plaintiff, | ) | Adv. Proc. No. 25-50875-TMH |
| v. | ) | |
| PRESTIGE PATIO CO. LTD., | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the undersigned counsel hereby withdraws the appearance of Aaron Harburg from the above-captioned case on behalf of the Defendant Prestige Patio Co. Ltd. (the "*Defendant*").

Maria Aprile Sawczuk of Esbrook P.C., who is currently listed as the Defendant's Delaware counsel, will continue to represent the Defendant, and the withdrawal of Aaron Harburg will have no adverse effect on the Defendant.

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in the above-captioned case, remove Mr. Harburg from the electronic and paper noticing matrix for this case. All other current

counsel of record will continue and are not intended to be affected by this notice.

Dated: October 30, 2026

Respectfully submitted,

**GOLDSTEIN & MCCLINTOCK LLLP**

*/s/ Aaron R. Harburg*
Aaron R. Harburg (DE Bar No. 7207)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
Email: aaronh@goldmclaw.com

*Former Counsel for Prestige Patio Co. Ltd.*